**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **I.M., a minor, by and through her Guardian Ad Litem, EDWARD TAPIA, CHERYL TAPIA-RUFENER and BRIANNA PALOMINO, Individually and as Successors-In-Interest to Decedent, EDWARD BRONSTEIN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; DOE CHP OFFICERS 1-10, and DOES 11-20, Inclusive,**<br><br>Defendants. | ) CASE NO:  2:20-cv-11174<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **APPLICATION FOR LEAVE TO**<br>) **FILE EXHIBIT IN SUPPORT OF**<br>) **JOINT DISCOVERY MOTION TO**<br>) **RELEASE VIDEOS FROM**<br>) **COURT'S PROTECTIVE ORDER**<br>) **UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# [~~PROPOSED~~] ORDER

Having reviewed Plaintiffs' application for leave to file Exhibit in support of Joint Discovery Motion to release videos from court's protective order, under seal (Doc No. 57 ), and good cause appearing, the application is hereby GRANTED. The following documents shall be received and filed under seal:

(1) Exhibit D: CD of the videos depicting the death that occurred on March 31, 2020.

IT IS SO ORDERED.

Dated: 11/30/2021

*/s/ John E. McDermott*

Hon. John E. McDermott
United States District Magistrate Judge