LUIS A. CARRILLO, Esq., SBN 70398
MICHAEL S. CARRILLO, Esq., SBN 258878
J. MIGUEL FLORES, Esq., SBN 240535
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
 South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs
I.M., a minor, by and through her Guardian Ad Litem, EDWARD TAPIA, EDWARD TAPIA, CHERYL TAPIA-RUFENER, BRIANNA PALOMINO, and ANTHONY BRONSTEIN, Individually and as Successors-In-Interest to Decedent, EDWARD BRONSTEIN


ANNEE DELLA DONNA, ESQ. (SBN: 138420)
delladonnalaw@cox.net
LAW OFFICES OF ANNEE DELLA DONNA
301 Forest Avenue
Laguna Beach, CA  92651
Telephone: (949) 376-5730


ERIC J. DUBIN, ESQ. SBN160563
edubin@dubinlaw.com
DUBIN LAW FIRM
19200 Von Karman Avenue, Sixth Fl.
Irvine, CA  92612
Telephone: (949) 477-8040

Attorneys for Plaintiffs,
E.W. & L.W., Minors, et al.

JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DATES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.M., a minor, by and through her Guardian Ad Litem, EDWARD TAPIA, EDWARD TAPIA, CHERYL TAPIA-RUFENER, BRIANNA PALOMINO, and ANTHONY BRONSTEIN, Individually and as Successors-In-Interest to Decedent, EDWARD BRONSTEIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOE CHP OFFICERS 1-10<br><br>    Defendants. | CASE NO: 2:20-cv-11174 FMO (JEMx)<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DATES** |
| E.W. and L.W. Minors, by and through their Guardian Ad Litem, AUNDREA CHERYL ROSA WAGNER, Individually and as Successors-In-Interest to Decedent, EDWARD BRONSTEIN<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; DOE CHP OFFICERS 1-10, inclusive,<br><br>    Defendants. | |

**TO THE HONORABLE COURT:**

Plaintiffs I.M., E.W., L.W., Edward Tapia, Cheryl Tapia-Rufener, Brianna Palomino, and Anthony Bronstein, (Plaintiffs); and Defendants, State of California acting by and through the California Highway Patrol, Michael Little, Carlos Villanueva, Diego Romero, Darren Parsons, Eric Voss, Justin Silva, Marciel Terry, Dusty Osmanson, Christopher Sanchez-Romero, Dionisio Fiorella, Vital Medical Services, LLC, and Arbi Baghalian (Defendants), by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter, as follows:

1. On March 6, 2023, the parties attended mediation before the Hon. Joe Hilberman, Ret., and were able to reach an agreement to settle all of the Plaintiffs' claims. The parties agree and understand that the settlement is contingent upon approval, if required, by the California Department of Finance, the State Controller's Office, the Attorney General, the Governor, and/or by appropriate legislative approval processes, and the Court's approval of petitions to approve minors' compromises on behalf of I.M., E.W., L.W.;

2. The material terms of the conditioned agreement were documented by the parties on March 6, 2023;

3. The parties anticipate that, after preparation of the necessary paperwork, the final process for approval will take several months. Once Plaintiffs receive the settlement proceeds, after approval of the minors compromises, the parties will file a stipulated dismissal of all Plaintiffs' claims against Defendants and Third Party Plaintiffs' claims against Third Party Defendants;

4. Currently, trial in this matter is scheduled for July 18, 2023, the Final Pretrial Conference is set for June 30, 2023;

5. Accordingly, based on the above and for good cause, the parties respectfully request that the Court vacate all of the existing dates, including all scheduled motions and motions taken under submission; and

6. The parties further request that the Court schedule a Status Conference re: Settlement in October 2023. Assuming the settlement is approved, the parties anticipate that they can complete all of the terms of the settlement and file a Stipulation for Dismissal, with prejudice, prior to the date so that the Status Conference would be taken off calendar.

Respectfully submitted,

Dated: March 13, 2023          CARRILLO LAW FIRM, LLP

By ____*/s/ J. Miguel Flores*_____

Michael S. Carrillo
Luis A. Carrillo
J. Miguel Flores
*Attorneys for Plaintiffs* I.M. et al.

Dated:  March 13, 2023          LAW OFFICES OF ANNEE DELLA DONNA

By: ___/s/_ Annee Della Donna_____
ANNEE DELLA DONNA,
Attorneys for Plaintiffs E.W. &
L.W., Minors, et al.

- 4 -
JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DATES

| | |
|---|---|
| Dated: March 13, 2023 | DUBIN LAW FIRM |
| | By: _____/s/ Eric J. Dubin_____<br>ERIC J. DUBIN,<br>Attorneys for Plaintiffs E.W. &<br>L.W., Minors, et al. |
| Dated: March 13, 2023 | DEAN GAZZO ROISTACHER LLP |
| | By _____/s/ Lee. H Roistacher_____<br>Lee H. Roistacher<br>Kimberly A. Sullivan<br>*Attorneys for Defendants*<br>Sergeant Michael Little, Officer Carlos Villanueva, Officer Diego Romero, Officer Darren Parsons, Officer Eric Voss, Officer Justin Silva, Officer Marciel Terry, Officer Dusty Osmanson, Officer Christopher Sanchez-Romero, Officer Dinisio Fiorella |
| Dated: March 13, 2023 | CARROLL, KELLY, TROTTER, & FRANZEN |
| | By _____/s/ Gabriel M. Irwin_____<br>John C. Kelly<br>Gabriel M. Irwin<br>Timothy Schuler<br>*Attorneys for Defendants*<br>Vital Health Medical Services, Inc., and Arbi Baghalian, R.N. |
| Dated: March 13, 2023 | ROB BONTA<br>Attorney General of California<br>PAMELA J. HOLMES<br>Supervising Deputy Attorney General |
| | By   /s/ Shirley R. Sullinger _____<br>Shirley R. Sullinger<br>Deputy Attorney General<br>*Attorneys for Defendant State of California, acting by and through the California Highway Patrol* |

**ATTESTATION REGARDING SIGNATURES**

I, J. Miguel Flores, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2023             By: __/s/__J. Miguel Flores_____
                                     J. Miguel Flores