UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11174 FMO (JEMx) | Date | March 16, 2023 |
|----------|------------------------|------|----------------|
| Title | I.M. et al. v. State of California, et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None Present |
|-----------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:        (In Chambers) Order Re: Notice of Settlement**

In light of the parties' Joint Notice of Conditional Settlement and Request to Vacate Dates (Dkt. 204), IT IS ORDERED THAT:

1.  This action is **stayed** pending further order of the court.

2.  Any pending motion is denied as moot subject to reinstatement if the settlement is not finalized.

3.  Counsel for the parties shall appear at a status conference on **April 27, 2023, at 10:00 a.m.**

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | gga | |