UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11174 FMO (JEMx) | Date | May 16, 2023 |
|---|---|---|---|
| Title | I.M. et al. v. State of California, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (In Chambers) Order Re: Briefing Schedule

The court is in receipt of the parties' Status Report Re Allocation (Dkt. 212), filed on May 12, 2023. Accordingly, IT IS ORDERED THAT:

1. Plaintiffs shall file the motions for minor's compromise no later than **May 29, 2023**.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | gga |