UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.M., a minor, by and through her Guardian Ad Litem, EDWARD TAPIA, EDWARD TAPIA, CHERYL TAPIA-RUFENER, BRIANNA PALOMINO, and ANTHONY BRONSTEIN, Individually and as Successors-In-Interest to Decedent, EDWARD BRONSTEIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOE CHP OFFICERS 1-10<br><br>    Defendants. | CASE NO: 2:20-cv-11174 FMO (JEMx)<br><br>ORDER APPROVING MINOR'S COMPROMISE AND SETTLEMENT RE: APPLICATION [251]<br><br>Hon. Fernando M. Olguin |
| E.W. and L.W. Minors, by and through their Guardian Ad Litem, AUNDREA CHERYL ROSA WAGNER, Individually and as Successors-In-Interest to Decedent, EDWARD BRONSTEIN<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; DOE CHP OFFICERS 1-10, inclusive,<br><br>    Defendants. | Action Filed: December 9, 2020 |

# ORDER

## APPROVING PETITION FOR COMPROMISE AND APPROVING SETTLEMENT

THE COURT FINDS that:

That Petitioner Aungrea Wagner and Guardian *Ad Litem* for the minor plaintiffs, E.W. and L.W., has petitioned for Court approval of a proposed compromise and settlement in an action against the CALIFORNIA HIGHWAY PATROL

The Petitioner, Aungrea Wagner and Guardian *Ad Litem* for the minor plaintiffs, E.W. and L.W.  On or about March 03, 2021, Plaintiffs E.W. and L.W., minors, by and through her Guardian Ad Litem, AUNDREA CHERYL ROSA WAGNER, filed an action against Defendants in Federal Court in the Central District of California.

The details of the action and E.W. and L.W., minors, by and through her Guardian Ad Litem, AUNDREA CHERYL ROSA WAGNER, alleged damages are set forth in the accompanying PETITION TO APPROVE COMPROMISE AND SETTLEMENT.

The claim or action to be compromised is asserted against CALIFORNIA HIGHWAY PATROL.  The Court finds that all notices required by law have been given.

The Petition is granted and the proposed compromise of the pending action is approved.

The value of the settlement in favor of Plaintiff E.W. minor, by and through her Guardian Ad *Litem* is $6,000,000.00.

The value of the settlement in favor of Plaintiff L.W. minor, by and through her Guardian Ad *Litem* is $6,000,000.00.

The balance of the settlement available for Plaintiffs E.W. and L.W. is $8,932,583.19. L.W. net amount to be $4,466,291.59 and E.W. is $4,466,291.59 after payments of attorney's fees (25.00%) [$3,000,000.00] and costs [$67,416.81].

In addition the amount of $4,466,291.59 shall be used to purchase the annuity described in the Terms and Conditions of the Annuity for Plaintiff L.W. and the amount of

$4,466,291.59 shall be used to purchase the annuity described in the Terms and Conditions of the Annuity for Plaintiff E.W.

The Court's Order of June 5, 2023 (Dkt. 216) is hereby vacated.

The Clerk shall administratively close the action.

UNITED STATES DISTRICT COURT

Dated: October 31, 2023

                         /s/
Hon. Fernando M. Olguin
U.S. DISTRICT JUDGE